# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| I.D.I. INT'L DEV. AND INV. CORP.,<br>    Plaintiff,<br>v.<br>UNITED STATES,<br>    Defendant,<br>and<br>CATFISH FARMERS OF AMERICA, *et al.*,<br>    Defendant-Intervenors. | Ct. No. 20-00107<br><br>Before: M. Miller Baker, Judge |

## JUDGMENT

For the reasons stated in Slip Opinion 21-82 (ECF 59), it is hereby

**ORDERED** that Plaintiff's motion for judgment on the agency record (ECF 30, confidential; ECF 31, public) is **DENIED**, and it is further

**ORDERED** that Defendant and Defendant-Intervenors are **GRANTED** judgment on the agency record, and it is further

**ORDERED** that the portions of the U.S. Department of Commerce's final decision in this matter that relate to Plaintiff are **SUSTAINED**.

Dated:    July 6, 2021                 /s/ *M. Miller Baker*
          New York, New York          M. Miller Baker, Judge